**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-8596**

———————————

HENRY FRANK HARLESS,

Petitioner - Appellant,

versus

EDWARD W. MURRAY,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Cynthia D. Kinser, Magistrate
Judge.  (CA-95-308-R)

———————————

Submitted:  May 16, 1996                    Decided:  June 3, 1996

———————————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dennis Eugene Jones, Lebanon, Virginia, for Appellant.  Linwood
Theodore Wells, Jr., Assistant Attorney General, Richmond, Vir-
ginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the magistrate judge's[*] order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. <u>Harless v. Murray</u>, No. CA-95-308-R (W.D. Va. Nov. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (1988).

2